UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES EDWARD NERO, JR., | ) | CASE NO. CV 12-82-SVW (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| FAKHOURE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 1, 2012.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Tmp\Judgment.wpd